UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. _____ |
| v. | ) ) | |
| | ) | **COMPLAINT** |
| MINNESOTA DEPARTMENT OF NATURAL RESOURCES, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age, and to provide appropriate relief to retired employees harmed by the discriminatory conduct. The U.S. Equal Employment Opportunity Commission ("Commission") alleges the Minnesota Department of Natural Resources discriminated against one or more former employees by denying them early retirement incentive benefits because of their age.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

1

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

3.      Prior to the institution of this lawsuit, a directed investigation was initiated by the EEOC of whether the Minnesota Department of Natural Resources had violated the ADEA.  All conditions precedent to the institution of this lawsuit have been fulfilled.

<u>PARTIES</u>

4.      Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

5.      The Minnesota Department of Natural Resources is an agency of the State of Minnesota.

6.      At all relevant times, the Minnesota Department of Natural Resources has continuously been an employer, a political subdivision of a State, within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

7.      From at least September 4, 2004, Defendant Minnesota Department of Natural Resources maintained collective bargaining agreements, entered into by the State and the Minnesota Law Enforcement Association.

8.      The collective bargaining agreements contained provisions that denied early retirement incentive payments to certain employees because of their age in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a).

2

9.      One or more of the employees of the Minnesota Department of Natural Resources who retired on or after September 4, 2004 and who were older than age 55 were denied the early retirement incentive benefit because of their age.

10.      The early retirement incentive plans contained in the agreements violate the ADEA.  They are facially discriminatory.

11.      By Order dated April 8, 2010, the Honorable Paul A. Magnuson held in *EEOC v. Minnesota Department of Corrections*, Civil Case No. 08-CV-05252 (PAM/FLN) that the provisions imposing age-caps in the early retirement incentive plans violated the ADEA.  The Order of the District Court was affirmed by the Eighth Circuit Court of Appeals in *EEOC v. Minnesota Department of Corrections*, 2011 WL 3477201 (8th Cir. Aug. 10, 2011).

12.      The effect of the practices complained of above has been to deprive one or more employees who retired on or after September 4, 2004, and who would have been qualified to receive the early retirement incentive benefit but for their age, of equal employment opportunities and otherwise adversely affect their status as an employee, because of their age.

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant the EEOC the same relief here as the District Court granted in *EEOC v. Minnesota Department of Corrections*, Civil Case No. 08-CV-05252 (PAM/FLN).

B.      Order Defendant Minnesota Department of Natural Resources to pay backpay to all persons denied the early retirement insurance benefit between September 4, 2004 and the present.

3

C.    Order Defendant Minnesota Department of Natural Resources to restore the

benefit to all persons who would be entitled to receive such benefit except for having

been excluded from it based upon their age.

D.    Grant such further relief as the Court deems necessary and proper in the

public interest.

P. David Lopez
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
131 M Street, NE
5th Floor
Washington, D.C. 20507
(202) 663-4702


Dated: September 26, 2011          s/John C. Hendrickson
                                   John C. Hendrickson
                                   Regional Attorney



Dated: September 26, 2011          s/Jean P. Kamp
                                   Jean P. Kamp
                                   Associate Regional Attorney

                                   Equal Employment Opportunity Commission
                                   Chicago District Office
                                   500 West Madison Street, Suite 2000
                                   Chicago, IL 60661
                                   (312) 869-8116
                                   jean.kamp@eeoc.gov

Dated:  September 26, 2011          s/Laurie A. Vasichek_____
                                    Laurie A. Vasichek
                                    Minnesota Bar Number 0171438
                                    Attorney for Plaintiff
                                    Equal Employment Opportunity Commission
                                    Minneapolis Area Office
                                    330 Second Avenue South, Suite 720
                                    Minneapolis, MN 55401
                                    Telephone:  (612) 335-4061
                                    Fax:  (612) 335-4044
                                    laurie.vasichek@eeoc.gov